

Monday, July 24, 2017

No. 17–0208/CG.   U.S. v. John C. Riesbeck.   CCA 1374.   Appellant's motion to extend time to file a reply brief is granted to August 3, 2017.

No. 17–0392/AF.   U.S. v. Robert A. Condon.   CCA 38765.   Appellant's motion to extend time to file a brief is granted to September 18, 2017.

No. 17–0518/AR.   U.S. v. James H. Lee.   CCA 20140309.   Appellant's motion to extend time to file the supplement to the petition for grant of review granted to August 7, 2017.

No. 17–0520/AF.   U.S. v. Harold D. Johnson III.   CCA 2017–01.   Appellant's motion to extend time to file the supplement to the petition for grant of review granted to August 10, 2017.

No. 17–0414/AR.   U.S. v. Steven T. Thompson.   CCA 20150372.   On consideration of Appellant's petition for reconsideration of the Court's order issued June 28, 2017, it is ordered that said petition for reconsideration is hereby denied.

Tuesday, July 25, 2017